IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30453
Conference Calendar

_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,


versus

ROBERT HILLS,

Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 95-CR-167-E
- - - - - - - - - -
December 11, 1996
Before WIENER, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Robert Hills appeals his conviction and sentence for being a convicted felon in possession of a firearm. See 18 U.S.C. § 922(g)(1). Hills argues that his two prior Louisiana convictions were insufficient to be predicate felonies for purposes of § 922(g)(1). Contrary to Hills' contention, his 1972 conviction did not result in an automatic pardon upon the completion of his sentence. See State v. Baxter, 357 So. 2d 271,

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

273 (La. 1978). Because the 1972 conviction was a proper predicate felony under § 922(g)(1), we do not address Hills' contention concerning his 1994 Louisiana conviction.

Hills attempts to argue the propriety of the sentencing range used by the district court. He fails to provide an argument. Fed. R. App. P. 28(a)(6); see <u>United States v. Maldonado</u>, 42 F.3d 906, 910 n.7 (5th Cir. 1995). Hills' remaining contentions, concerning the lack of a motion for downward departure pursuant to U.S.S.G. § 5K1.1, do not rise to the level of plain error. See <u>United States v. Calverley</u>, 37 F.3d 160, 162 (5th Cir. 1994) (en banc), <u>cert. denied</u>, 115 S. Ct. 1266 (1995).

AFFIRMED.